UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JANA MONIQUE BARNES | ) | CASE: A25-59580-JWJ |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

The Chapter 13 Schedules fail to include and notice debts owed to Conn Appliances, Inc., Ocho Pay and Self Financial in violation of Bankruptcy Rule 1007(a)(1), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 342.

3.

Official Form 122C-2 reflects an amount for line items 13(b) and 35 that appear to be incorrect. 11 U.S.C. Section 1325(b)(2) and 11 U.S.C. Section 1325(b)(3).

4.

The Chapter 13 Trustee requests proof of the expense for Debtor's prescriptions in the amount of $600.00 per month on line 43 of the Official Form 122C-2. 11 U.S.C. Section 1325(b)(2) and 11 U.S.C. Section 1325(b)(3).

5.

The plan and schedules provide for the debt of "Propel Tax" as a priority, unsecured debt. However, pursuant to Debtor's testimony at the Section 341 Meeting of Creditors, Propel is the purchaser of County property tax debt from real property the Debtor owned in the past. Based on this information, the debt may not be accurately classified as priority pursuant to 11 U.S.C. Section 507 and the proposed plan treatment may be inaccurate.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 9th day of October, 2025.

                                                  Respectfully submitted,

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350

# CERTIFICATE OF SERVICE

Case No: A25-59580-JWJ

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

JANA MONIQUE BARNES
895 LAKEHAVEN LANE
LOGANVILLE, GA  30052

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE LAW OFFICE OF STANLEY J. KAKOL, JR.

This the 9th day of October, 2025.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201